IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 1:13-cv-01329-TSE-TRJ Case Name  FrenchPorte v Martin Door

Party Represented by Applicant: _____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Geoffrey Mason
Bar Identification Number  459448          State   DC
Firm Name   Potomac Law Group PLLC
Firm Phone #  202 507 5720          Direct Dial #  202 507 5720          FAX #  202 318 7707
E-Mail Address         gmason@potomaclaw.com
Office Mailing Address   1300 Pennsylvania Avenue NW Suite 700 Washington DC 20004

Name(s) of federal court(s) in which I have been admitted  Maryland, Federal Circuit

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                               12/27/13 (Date)
Jay M. McDannell                                          45630
(Typed or Printed Name)                                   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____                           _____
(Judge's Signature)                               (Date)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of December, 2013, the foregoing Application to Qualify as a Foreign Attorney for Geoffrey Mason was served via the Court's CM/ECF system, on the following:

        Jeffrey K. Sherwood
        Dickstein Shapiro LLP
        1825 Eye Street NW
        Washington, DC 20006
        Telephone: (202) 420-2200
        sherwoodj@dicksteinshapiro.com

                                                _____/s/_____
                                                Jay M. McDannell